7269.　GRIFFIN v. SISSON.

BROYLES, P. J. · Under the decision of the Supreme Court in response to questions certified by the Court of Appeals in this case, the Court of Appeals, since the adoption of the constitutional amendment of 1916 as to its jurisdiction, is without jurisdiction to hear and decide any case pending therein on writ of error from the municipal court of Atlanta. *Griffin* v. *Sisson*, 146 *Ga.* 661 (92 S. E. 278). The writ of error is therefore　　　*Dismissed. Jenkins and Bloodworth, JJ., concur.*
　　　　　　　　　　　　DECIDED MAY 11, 1917.

　　Affidavit of illegality; from municipal court of Atlanta. January 22, 1916.

　　*J. R. Bedgood, A. Kemper, J. S. James,* for plaintiff in error.
　　*Alvin L. Richards,* contra.

---

APPLICATIONS TO THE SUPREME COURT OF GEORGIA FOR CERTIORARI IN CASES REPORTED IN THIS VOLUME.

### GRANTED.

Yesbik *v.* Central of Georgia Railway Co., ante, 252.　See 146 *Ga.* 620. Final decision, 146 *Ga.* 769.
　　Newsome *v.* Travelers Insurance Co., ante, 264.
　　Morris *v.* Southern Railway Co., ante, 495.
　　Savannah and Northwestern Railway *v.* Roach, ante, 388.

### DENIED.

American Sewer Pipe Co. *v.* Mathews, ante, 248.
Innes *v.* State, ante, 271.
Bailey *v.* Ware & Harper, ante, 255.
Home Savings Bank *v.* Massachusetts Bonding & Insurance Co., ante, 352.
Central of Georgia Railway Co. *v.* Larsen, ante, 413.
Savannah and Northwestern Railway *v.* Roach, ante, 388.
Napier *v.* Strong, ante, 401.
Christo *v.* Macon Gas Company, ante, 541.
Bank of Norwood *v.* Chapman, ante, 709.

As to when the Supreme Court will exercise the power to grant the writ of certiorari in cases decided by the Court of Appeals, see the decision in *Central of Georgia Railway Co.* v. *Yesbik,* 146 *Ga.* 620 (91 S. E. 873).